The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INITIATIVE MERCHANT SOLUTIONS LLC, a California limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>POSABIT US INC., f/k/a POSaBIT, INC., a Washington corporation,<br><br>　　　　　　　Defendant. | No. C22-01724-JCC<br><br>JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULE<br><br>*Note on Motion Calendar*: August 7, 2023 |

## **STIPULATED MOTION**

The parties, by and through their counsel, stipulate and agree as follows:

Additional interim deadlines related to the disclosure of experts and expert testimony may become necessary, depending on if and when Plaintiff Initiative Merchant Solutions LLC ("IMS") chooses to designate an expert witness. If IMS discloses an expert witness and the topics on which that expert will opine by October 6, 2023, then the following deadlines shall apply:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| IMS Disclosure of Primary Expert(s) and Topics | n/a | 10/06/23 |
| POSaBIT Disclosure of Rebuttal Expert(s) and Topics | n/a | 11/06/23 |
| IMS Disclosure of Expert Testimony (Report) | 11/06/23 | 11/06/23 |

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULE (C22-01724-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| POSaBIT Disclosure of Rebuttal Testimony (Report) | n/a | 12/18/23 |

Alternatively, if IMS does not disclose an expert witness and the topics on which that expert will opine by October 6, 2023, and still chooses to submit an expert report, then the following deadlines shall apply:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| IMS Disclosure of Expert Testimony (Report) | 11/06/23 | 11/06/23 |
| POSaBIT Disclosure of Rebuttal Testimony (Report) | n/a | 1/16/24 |

IT IS SO STIPULATED.

DATED this 7th day of August, 2023.

        CAMPBELL & BISSELL, PLLC
        */s/ William A. Gieri*
        MICHAEL S. BISSELL, WSBA #24077
        WILLIAM A. GIERI, WSBA #52761
        Attorneys for Initiative Merchant Solutions, LLC
        Campbell & Bissell, PLLC
        820 W. 7th Avenue
        Spokane, WA 99204
        Telephone: (509) 455-7100
        Facsimile: (509) 455-7111
        Email: mbissell@campbell-bissell.com
              wgieri@campbell-bissell.com

DATED this 7th day of August, 2023.

        DAVIS WRIGHT TREMAINE LLP
        *Attorneys for Defendant POSaBIT US Inc.*

        *s/ Zana Z. Bugaighis*
        Zana Z. Bugaighis, WSBA #43614
        John A. Goldmark, WSBA #40980
        Daniel A. Fiedler, WSBA #56436
        920 Fifth Avenue, Suite 3300

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULE (C22-01724-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Seattle, WA 98104-1610
Telephone: 206-622-3150
Fax: 260-757-7700
Email: zanabugaighis@dwt.com
Email: johngoldmark@dwt.com
Email: danielfiedler@dwt.com

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED the 8th of August 2023.

_____
JOHN C. COUGHENOUR
United States District Court Judge

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND SCHEDULE (C22-01724-JCC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax