The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| INITIATIVE MERCHANT SOLUTIONS, LLC, a California limited liability company, | ) ) ) | No.  2:22-cv-01724-KKE |
| Plaintiff, | ) ) | **JOINT STIPULATED MOTION TO CONTINUE TRIAL DATE** |
| vs. | ) ) | **AND ORDER TO AMEND SCHEDULE** |
| POSaBIT US, INC., f/k/a POSaBIT, INC., a Washington corporation, | ) ) ) | |
| Defendant. | ) ) | |

## <u>STIPULATED MOTION</u>

The parties of record, by and through their undersigned counsel of record, hereby STIPULATE AND AGREE to continue the trial date and remaining pretrial deadlines.  The parties respectfully request the Court to enter the order contained on the next page, continuing the trial date and the remaining pre-trial deadlines. The reason for the continuance is because Plaintiff's counsel currently has trial set for the same time as trial set in this matter. The parties

are available on June 10, 2024 for trial, and request the Court to enter the forthcoming order with the accompanied pretrial deadlines and trial date.

DATED this 6th day of March, 2024.

CAMPBELL & BISSELL, PLLC

/s/William A. Gieri
MICHAEL S. BISSELL, WSBA #24077
WILLIAM A. GIERI, WSBA #52761
Attorneys for Initiative Merchant Solutions, LLC

DATED this 6th day of March, 2024

DAVIS WRIGHT TREMAINE LLP

/s/ Daniel A. Fiedler
ZANA Z. BUGAIGHIS, WSBA #43614
JOHN A. GOLDMARK, WSBA #40980
DANIEL A. FIEDLER, WSBA #56436
Attorneys for Defendant POSaBIT US Inc.

JOINT STIPULATED MOTION TO CONTINUE TRIAL
DATE AND ORDER TO AMEND SCHEDULE (2:22-cv-
01724-KKE) - 2

1

## __ORDER__

2      The Court finds good cause to extend the case schedule.  Pursuant to Stipulation, IT IS

3  SO ORDERED.

4      Trial shall start on June 10, 2024 at 9:30 AM. All remaining pre-deadlines shall be

5  continued and in compliance with the Order Regarding Chambers Procedures in Civil Cases, Dkt.

6  No. 25 for the above-captioned matter.  As such, the following pre-trial deadlines now govern

7  this case:

8   • Plaintiff's pretrial statement is due April 19, 2024;

9   • Defendant's pretrial statement is due April 29, 2024;

10  • Motions in limine are due May 6, 2024, which is 35 days prior to trial;

11  • Proposed jury instructions and Pretrial Order are due no later than May 20, 2024, which

12   is 21 days prior to trial;

13  • Trial briefs, proposed voir dire questions, and deposition designations are due May 27,

14   2024, which is 14 days prior to trial; and

15  • Pretrial conference is May 29, 2024 at 10:00 AM, which is at least 10 days before trial.

16

17  DATED this 8th day of March, 2024.

18

19

20      Kymberly K. Evanson
      United States District Judge

21

22

23

24

25
JOINT STIPULATED MOTION TO CONTINUE TRIAL
DATE AND ORDER TO AMEND SCHEDULE (2:22-cv-
01724-KKE) - 3