UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| INITIATIVE MERCHANT SOLUTIONS LLC,<br><br>      Plaintiff,<br> v.<br><br>POSABIT US INC,<br><br>      Defendant. | CASE NO. C22-1724-KKE<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND REOPEN DISCOVERY |
|---|---|

This matter comes before the Court on Plaintiff's motion to amend the complaint and reopen discovery. Dkt. No. 28. The Court heard oral argument on May 1, 2024, and consistent with its oral ruling, hereby ORDERS:

1. Plaintiff's unopposed motion to amend the complaint is GRANTED. Plaintiff shall file the amended complaint by May 7, 2024.

2. Plaintiff's motion to reopen discovery is DENIED, subject to the agreement on the record that Defendant will supplement its discovery responses and produce the additional transaction documents discussed at the hearing. The parties are directed to meet and confer in good faith regarding any outstanding document discovery. Plaintiff's request for a deposition is denied.

3. The Parties are directed to contact Courtroom Deputy Diyana Staples about adjustments to the trial date and pre-trial case schedule in accordance with the discussion on the record.

IT IS SO ORDERED.

Dated this 1st day of May, 2024.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge