The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INITIATIVE MERCHANT SOLUTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>POSaBIT US, INC., f/k/a POSaBIT, INC., a Washington corporation,<br><br>Defendant. | No. C22-01724-KKE<br><br>STIPULATED MOTION AND ORDER VACATING TRIAL DATE AND RELATED DEADLINES<br><br>NOTED FOR CONSIDERATION: May 30, 2024 |

**STIPULATION**

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby jointly stipulate and respectfully request that the Court reset the trial date and related pre-trial deadlines. Since the May 1, 2024 hearing on Plaintiffs' Motion to Amend the Complaint and Reopen Discovery, the parties have engaged in good faith negotiations to adjust the trial date and pre-trial schedule as directed by the Court. *See* Dkt. 46. While negotiating the dates for the adjusted pre-trial schedule, the Parties agreed to a further continuance of the trial date for two reasons.

First, over the course of negotiating the adjusted pre-trial schedule, it became apparent that the current August 12 trial date and pre-trial schedule was not feasible for Defendant due to scheduling conflicts with a state court case set for trial starting June 24 and running through mid-July due to the state court's scheduling conflicts and lead counsel's pre-scheduled vacation out of

STIPULATED MOTION AND ORDER VACATING
TRIAL DATE AND RELATED DEADLINES (C22-01724-KKE) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

country at the end of July.  Because the length of Counsel's other trial, the Parties were unable to agree to a reasonable pre-trial schedule amendable to both Parties that did not considerably overlap with the other trial dates.  Accordingly, a further continuance is necessary to avoid this scheduling conflict and provide the Parties with sufficient time to prepare for trial and comply with all of pre-trial deadlines.

Second, the parties have agreed to a mediation in attempt to settle the case and avoid trial all together. The parties agree to further continue the trial date and all related pre-trial deadlines. The parties are in the process of agreeing to a mediator and intend to mediate in July or August. Given previous productive settlement discussions, the Parties are hopeful that they can resolve this case at mediation.  A further continuance of the trial date and pre-trial schedule are necessary to provide the parties with sufficient time to prepare for a successful mediation and avoid expending resources preparing for a trial that may ultimately be unnecessary to resolve the case.

In light of these two developments, the parties request the Court vacate the current trial date and related deadlines and provide available trial dates in October and November 2024.

Dated:  May 30, 2024

Respectfully submitted,

CAMPBELL & BISSELL, PLLC

By: *s/ William Gieri*
William Gieri, WSBA #52761
820 w 7th Avenue,
Spokane, WA  99204
Tel: (509) 455-7100
E-mail: jaimeallen@dwt.com

Attorneys for Plaintiff

Dated:  May 30, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *s/ Zana Bugaighis*
Zana Bugaighis, WSBA #43614
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel: (206) 757-8304
Email: zanabugaighis@dwt.com

Attorneys for Defendants

STIPULATED MOTION AND ORDER VACATING
TRIAL DATE AND RELATED DEADLINES (C22-01724-KKE) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

Pursuant to the stipulation, and finding good cause, the Court STRIKES the trial date and other upcoming deadlines. The Parties are ORDERED to contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov to reschedule the trial date.

Dated this 4th day of June, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER VACATING
TRIAL DATE AND RELATED DEADLINES (C22-01724-KKE) – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax