The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INITIATIVE MERCHANT SOLUTIONS, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>POSaBIT US, INC., f/k/a POSaBIT, INC., a Washington corporation,<br><br>　　　　　　Defendant. | No. 2:22-cv-01724- KKE<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL** |

## **STIPULATION**

IT IS STIPULATED by and between Plaintiff Initiative Merchant Solutions, LLC and Defendant POSaBIT US, Inc., by and through their undersigned counsel, that the causes of action between them have been fully compromised and settled and that the claims be dismissed with prejudice, and without costs or attorneys' fees to any party, and the following Order of Dismissal be entered.

DATED this 26th day of September, 2024.　　　　DATED this 26th day of September, 2024.

CAMPBELL & BISSELL, PLLC　　　　　　　　DAVIS WRIGHT TREMAINE LLP

 /s/William A. Gieri　　　　　　　　　　　　　　/s/ Zana Bugaighis
MICHAEL S. BISSELL, WSBA #24077　　　　　ZANA BUGAIGHIS, WSBA #43614
WILLIAM A. GIERI, WSBA #52761　　　　　　Attorney for Defendant
Attorneys for Plaintiff

STIPULATION MOTION AND ORDER FOR DISMISSAL - 1

CB | LAWYERS
CAMPBELL & BISSELL | PLLC
820 W. 7th Avenue
Spokane, WA 99204
509.455.7100 (Phone)
509.455.7111 (Facsimile)

# ORDER

Pursuant to the foregoing stipulation for dismissal,

IT IS HEREBY ORDERED that the matter and causes of action by and between Plaintiff and Defendant is dismissed with prejudice, and without costs or attorneys' fees to any party.

DONE IN CHAMBERS this 26th day of September, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented by:

CAMPBELL & BISSELL, PLLC

/s/William A. Gieri
MICHAEL S. BISSELL, WSBA #24077
WILLIAM A. GIERI, WSBA #52761
Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP

/s/ Zana Bugaighis
ZANA BUGAIGHIS, WSBA #43614
Attorney for Defendant

STIPULATION MOTION AND ORDER FOR DISMISSAL - 2

CB | LAWYERS
CAMPBELL & BISSELL | PLLC
820 W. 7th Avenue
Spokane, WA 99204
509.455.7100 (Phone)
509.455.7111 (Facsimile)